

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-27-2010

# JELD- WEN Inc v. Van Brunt

Precedential or Non-Precedential: Precedential

Docket No. 09-1563

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"JELD- WEN Inc v. Van Brunt" (2010). *2010 Decisions.* Paper 1403.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/1403

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 09-1563

In re: Grossman's Inc., et al.,
                                        Debtors

JELD-WEN, Inc., f/k/a Grossman's Inc.,
                                        Appellant

v.

Gordon Van Brunt, Individually and in his capacity as
Personal Representative of the Estate of Mary Van Brunt*

*Amended pursuant to Fed.R.App.P. 43

(D. Del. Civil Action No. 08-cv-00427)

Present:  SCIRICA, *Chief Judge*,
SLOVITER, McKEE, BARRY, AMBRO, FUENTES,
SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN,
GREENAWAY and ROTH, *Circuit Judges*.

**ORDER**

The Court, *sua sponte*, orders rehearing *en banc* in the above captioned appeal.

The matter will be submitted at the convenience of the Court.


                              BY THE COURT,

                              /s/ Anthony J. Scirica
                              Chief Judge


Date:  April 27, 2010
cc: Christopher M. Alston Esq.
Daniel K. Hogan Esq.
David J. Parsons Esq.
Frederick B. Rosner Esq.
Sander L. Esserman, Esq